JOHN E. KUHN, JR.
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 4:21-cr-00021-SAO |
| Plaintiff, | ) <u>COUNT 1:</u> |
| vs. | ) VIOLATING A LAWFUL ORDER OF GOVERNMENT EMPLOYEE |
| JASON LANCE, | ) Vio. 36 C.F.R. § 2.32(a)(2) and 18 U.S.C. § 1865(a) |
| Defendant. | ) |

A M E N D E D   I N F O R M A T I O N

**GENERAL ALLEGATIONS**

1. On May 24, 2021, DR. JASON LANCE ("DR. LANCE"), a licensed medical practitioner from Mountain Green, Utah, and his climbing partner, A.R., were attempting to summit Denali via the West Buttress.

2. Denali Pass is located at 18,200 feet on Denali's West Buttress, the most frequently climbed route on Denali. A steep, 1,000-foot snow and ice slope called the "Autobahn" leads climbers between the pass and high camp at 17,200 feet.

3. Between 18,600 and 19,200 feet, just above Denali Pass, DR. LANCE observed A.R. begin to exhibit symptoms of altitude sickness.

4. The four climbers descended towards Denali Pass with DR. LANCE in the lead, followed by A.R., who was followed by Team Two. DR. LANCE and A.R. were un-roped.

5. At approximately 6:00pm,[1] A.R. fell from the top of Denali Pass, tumbling approximately 1,000 feet down the Autobahn.

6. DR. LANCE soon became aware that A.R. was no longer behind him and saw a climber lying motionless at the bottom of the Autobahn. DR. LANCE triggered the SOS button on A.R.'s Garmin inReach and reported the fall to the Garmin International Emergency Response Coordination Center ("IERCC").

7. Climbers at the 17,200-foot-high camp also witnessed the fall and reported it to the Denali National Park Service ("Denali NPS"). Denali NPS's high-altitude helicopter arrived at A.R. less than 30 minutes from the initial notification. A.R. was alive but unresponsive and immediately transported to Talkeetna, where paramedics provided life-saving treatment.

---

[1] Alaska Daylight Time (AKDT).

8. On May 25, 2021, Denali NPS Mountaineering Ranger and Law Enforcement Officer Chris Erickson interviewed DR. LANCE at his tent at 14,200ft camp regarding A.R.'s accident and the ensuing events. Following a recounting of the events leading up to A.R.'s accident, Ranger Erickson informed DR. LANCE that he (Ranger Erickson) was collecting and safeguarding all of A.R.'s personal belongings to transport the items back to him or his family.

9. Ranger Erickson asked DR. LANCE for A.R.'s Garmin inReach device, to which DR. LANCE responded "No." Ranger Erickson explained that it is his job and official function to safeguard A.R.'s personal property and asked DR. LANCE again for the device. DR. LANCE again responded "No, I'm not giving it to you. I need the Garmin to safely descend to base camp and plan on giving it to Adam's family in Anchorage."

10. DR. LANCE then entered his tent to retrieve the device.

11. Ranger Erickson informed DR. LANCE through the tent walls that if DR. LANCE were to delete any messages, he could face legal repercussions. Ranger Erickson told DR. LANCE that if he deleted any messages from the device, Ranger Erickson would have a mechanism to find out. Approximately 3-5 minutes after he zipped up the door to the vestibule, DR. LANCE unzipped the door and handed Ranger Erickson A.R.'s inReach device. Ranger Erickson asked DR. LANCE if he had something to hide by deleting messages from the device. DR. LANCE stated that he did not delete anything from the device.

12. When Ranger Erickson initially obtained the Garmin inReach device, it contained multiple messages that DR. LANCE sent to Denali NPS on May 24, claiming to require helicopter rescue because "patients in shock. Early hypothermia." Subsequent investigation and a search warrant to Garmin International revealed that multiple additional messages between DR. LANCE and IERCC had been deleted from the inReach device, including a message sent less than two hours earlier in which DR. LANCE stated there were "no injuries" and claimed a different reason that helicopter rescue was necessary, namely, because they lacked proper equipment to descend.

The United States Attorney charges that:

## COUNT 1

On or about May 25 and 26, 2021, within the District of Alaska and the exclusive jurisdiction of Denali National Park and Preserve, the defendant, DR. JASON LANCE, did violate the lawful order of a government employee and agent authorized to maintain order and control public access and movement during search and rescue operations and law enforcement actions; to wit, the defendant refused multiple direct orders from ranger Erickson to provide A.R.'s Garmin inReach device.

All of which is in violation of 36 C.F.R. 2.32(a)(2) and 18 U.S.C. § 1865(a).

JOHN E. KUHN, JR.
United States Attorney

s/ *Ryan D. Tansey*
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America

Page 4 of 4

Case 4:21-cr-00021-SAO   Document 13   Filed 03/04/22   Page 4 of 4